UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEBORAH ALISON THOMAS as Administrator of
the Estate of PAGET BEAZER Deceased, and
DEBORAH ALISON THOMAS, Individually,

Docket No.: 7:19-cv-10826

Plaintiff,

- against -

MONSANTO COMPANY,

Defendant.
------------------------------------------------------------------X

## [~~PROPOSED~~] RULE 502(D) ORDER

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

**IT IS SO ORDERED.**

Date: __3/5__, 2020

_Cathy Seibel_
HONORABLE CATHY SEIBEL
United States District Judge